THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

CASE NO. **22-10025**

SERGIO VASQUEZ HARRIS

CHAPTER 7

**RESPONSE TO THE TRUSTEE'S MOTION TO EXAMINE FEES**

Now Comes, Sergio Vasquez Harris (Debtor), by and through his counsel, Desirae N. Bedford of Recovery Law Group, APC, in response to Trustee's Motion to Examine Fees and states as follows:

1. On September 1st, 2022, Debtor, Sergio Vasquez Harris, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, further assigned to Case Number 22-10025.
2. Attorney Desirae N. Bedford, acting as Debtor's counsel, filed the Debtor's Petition, Schedules, and Statement of Financial Affairs.
3. The US Trustee Patrick S. Layng, filed this pending Motion to Examine Attorneys Fees asserting that the failure to list the the eviction and quiet title lawsuits jeopardized Mr. Harris' interest in the property located 4807 Sunset Lane, Country Club Hills, IL 60478 ( Hereinafter " Subject Property") and discharge.
4. Mr. Harris hired Recovery Law Group to rid of his interest in the Subject Property.
5. Mr. Harris came to Recovery Law Group December 27, 2021 and did a consultation with Michael T. Reid an attorney with Reocery Law Group where in which it was expressed that he no longer wanted the property.
6. Michael T. Reid talk to Mr. Harris about keeping the house and doing a Chapter 13, but Mr. Harris wanted to move forward with a Chapter 7. ( see attached Attorney

notes)

7. Soon after, Mr. Harris paid his filing and attorney fees on January 3, 2022.

8. After multiple request for documents, Mr. Harris decided in June that he no longer wanted to file, and our office was working on a refund.

9. In July, Mr.Harris reached out to Recovery Law Group asking to continue with the Bankruptcy, and talked to our office about wanting to surrender the house.

10. An appointment was set up with Mr. Harris to review the drafted petition.

11. On or about August 30, 2022, Mr. Harris was sent a copy of the drafted petition. ( Attached Email to Client)

12. Mr. Harris reviewed the petition with a member of Recovery Law Group where in which Mr. Harris made certain that he did not want the Subject Property.

13. Mr. Harris noticed that the lawsuit was not listed. After being requested to send the lawsuit information, on or about August 31, 2022, Mr. Harris sent it to the Recovery Law Group to add to the petition.

14. After the review, changes to the petition were made.

15. Attorney Bedford reviewed the petition and okayed it for filing on or about September 1, 2022.

16. Prior to the 341 meeting, Attorney Bedford spoke with Mr. Harris preparing him for the meeting, and talked to him about the process of the Trustee moving to sell the home.

17. The failure to list the lawsuit, did not in anyway infringe or harm Mr. Harris' interest in the property, as he from the time he hired Recovery Law Group until today, wants nothing to do with the Subject Property.

18. At no point did Recovery Law Group or Mr. Harris through Recovery Law Group intended to delay, hinder or defraud any creditor during this process as what is required to deny a discharge under 11 U.S.C§ 727.

WHEREFORE, the Debtor prays the Trustee's Motion to Examine Fees should be denied, and for such other relief as just and proper

s/ Desirae N. Bedford
Desirae N. Bedford , Esq.
Recovery Law Group, P.C.
55 East Monroe St.
Chicago , IL 60613
dbedford@recoverylawgroup.com
847-250-1167

**THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**IN RE:**

                                                                  CASE NO. **22-10025**

      **SERGIO VASQUEZ HARRIS**

                                                                 CHAPTER   7

**CERTIFICATE OF SERVICE**

      I , the undersigned, an attorney, certify that on October 27th, 2022, a true and correct copy of the Amended Schedules D and Response to Trustee's Motion for Sanctions was served :

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    **Kimberly Bacher**    kimberly.bacher@usdoj.gov, kimberlyabacher@hotmail.com

    **Desirae N. Bedford**    dbedford@recoverylawgroup.com, info@recoverylawgroup.com

    **James A Brady**    jbrady@lafchicago.org, lafbknotices@gmail.com

    **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

    **David P Leibowitz**    dleibowitz@lodpl.com, il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com

                                                               s/ Desirae N. Bedford
                                                               Desirae N. Bedford , Esq.
                                                               Recovery Law Group, P.C.
                                                               55 East Monroe St.
                                                               Chicago , IL 60613
                                                               dbedford@recoverylawgroup.com
                                                              847-250-1167