## Sergio Vasquez Harris  |  Chapter7

**Case Information** ⌄

*i* Case Type:
Chapter7

Individual or Joint Filing?
Individual

Attorney:
Michael Reid

Marital Status:
Married

Household Member:
4

Self Employed:
false

Age of Dependents:
5; 1

Previous Bankruptcies:
No

*i* District:
Northern

*i* Division:
Eastern

Rush Date:
--

PIF Date:
01/03/2022

Total Fees:

$2,538

Gross Income:

$82,000

# Sergio Vasquez Harris | Chapter7

*i* County:

Cook

*i* State:

Illinois

*i* City:

Country Club Hills

*i* Zip Code:

60478

## Facts About Debt ⌄                                                           Add Debt

| Type of Debt |
|---|
| **Approximate Balance Owed** |
| **How Much Paid Per Month** |
| Credit Cards |
| $8,000 |
| $0 |
| Personal Loans |
| $44,000 |
| $0 |
| Furniture Loans |
| $7,100 |

$0

## Sergio Vasquez Harris  |  Chapter7

Asset ⌄     Add Asset

---

**Real Estate**    **4807 Sunset Lane Country Club Hills, Illinois 60478**

Client Intent: **Keep**

Ownership: **Primary Applicant**

Value: **$240,000**

Total Balance of Loans: **$173,000**

Create By: avandiver@recoverylawgroup.com
Create Date: 12/27/2021, 11:45:15 AM

---

**Bank Account**    **Navy Federal Credit Union Checking Account Model $7,000**

Client Intent: **--**

Ownership: **Primary Applicant**

Value: **$7,000**

Total Balance of Loans: **$0**

Create By: avandiver@recoverylawgroup.com
Create Date: 12/27/2021, 11:45:15 AM

---

**Bank Account**    **Chase Other Checking Account Model $1,000**

Client Intent: **--**

Ownership: **Primary Applicant**

Value: **$1,000**

Total Balance of Loans: **$0**

Create By: avandiver@recoverylawgroup.com
Create Date: 12/27/2021, 11:45:15 AM

**Income** ⌄                                                                                     Add Income

---

**Sergio Vasquez Harris  |  Chapter7**
Wages      Auto Warehousing Company                                                              ⋮

Gross Monthly Income:   **$6,833.33**
Net Monthly Income:   **$5,466.67**

Ownership:   **Primary Applicant**
Length Of Time Employed:   --

Create By: avandiver
Create Date: 2021-12-27

---

**Applicant Information** ⌄

| | |
|---|---|
| **Email** | |
| **First Name** | |
| **Last Name** | |
| **Phone Number** | |
| **SSN**  [View All] | |
| **Roles** | |
| svharris87@outlook.com (mailto:svharris87@outlook.com) | |
| Sergio | |
| Vasquez Harris | |
| (708) 351-9007 | |
| ***-**-4190 | |
| Primary | |

## Other Information
### Sergio Vasquez Harris  |  Chapter7

Case Summary:

MTR - 2538 – 200, 200 - 3rd child due in February – should qualify with new expense. (D doesn't care about losing the house – has a tenant in there now – and not working out well) MTR proposed 13, but D wants a 7

Hope:
-

Conflict:
none

Motivator:
Creditor harassment